IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.

NO. 5:15-CR-3-016 (LAG)

**TRAKNOVOISE SIMMONS**

### ORDER

Upon review of the defendant's Motion Requesting a Judicial Recommendation Concerning Length of Residential Re-Entry Center Placement Pursuant to the Second Chance Act of 2007 (CM/ECF Doc. #1160), the Court determines that good and sufficient cause has been shown. Therefore, the Court hereby **GRANTS** the defendant's motion and recommends the Bureau of Prisons consider such placement in accordance with Bureau of Prisons policy.

SO ORDERED this 14th day of March, 2022.

LESLIE ABRAMS GARDNER
U.S. DISTRICT JUDGE

Prepared by: DLC